UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

**CRIMINAL ACTION NO. 01-62-JBC**

**UNITED STATES OF AMERICA,**                                            **PLAINTIFF,**

V.                            **O R D E R**

**DOUGLAS SIZEMORE,**                                                **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

      The defendant having filed a motion to withdraw objections to the Report and Recommendation of the Magistrate Judge and having waived his right of allocution,

      **IT IS ORDERED** that the motion [DE 62] is **GRANTED.**

      **IT IS FURTHER ORDERED** that the Report and Recommendation is **ADOPTED.**

      **IT IS FURTHER ORDERED** that the term of supervised release of the defendant is revoked and that the defendant is committed to the custody of the Bureau of Prisons for a term of 6 months, to be followed by supervised release for a term of 18 months, under the same conditions previously imposed.

      **IT IS FURTHER ORDERED** that the revocation hearing scheduled on March 13, 2007, is CANCELED.

Signed on March 12, 2007



JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY